UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| RAMONA CAROL TIEDT,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>*Commissioner of Social Security Administration*<br>　　　　Defendant. | **JUDGMENT**<br><br>Case No. 2:23-CV-51-KS |

**Decision by the Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

This judgment filed and entered on September 20, 2024, with electronic service upon:

Russell Bowling, *Counsel for Plaintiff*
Wanda Mason, *Counsel for Defendant*
Samantha Zeiler, *Counsel for the Defendant*

　　　　　　　　　　　　　　　　　　**PETER A. MOORE, JR.**
　　　　　　　　　　　　　　　　　　CLERK, U.S. DISTRICT COURT

DATE: September 20, 2024　　　　　/s/ *Shelia Foell*
　　　　　　　　　　　　　　　　　　(By): Shelia Foell
　　　　　　　　　　　　　　　　　　Deputy Clerk, U.S. District Court