IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:23-CV-51-KS

| | |
|---|---|
| ROMANA CAROL TIEDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR PAYMENT OF |
| ) | ATTORNEY FEES UNDER THE |
| MICHELLE KING[1], ) | EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon stipulation and agreement of the parties, Plaintiff's motion for attorney's fees [DE #19] is GRANTED and it is ORDERED that Defendant pay to Plaintiff $4,467.00, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Russell R. Bowling, Of Counsel, Olinsky Law Group, and mailed to his office at 77 West Main Street, Franklin, NC 28734, in accordance with Plaintiff's assignment to her attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 23rd day of January 2025.

KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE

---

[1] Michelle King was appointed Acting Commissioner of Social Security on January 20, 2025, and is therefore substituted as the defendant to this action. *See* Fed. R. Civ. P. 25(d).